**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DAVID B. KEYSER, and KAYLEEN
KEYSER, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.                                                   Case No: 8:12-cv-24-T-35EAJ

KAHANE & ASSOCIATES and
ROBERT S. KAHANE,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This case is before the Court upon periodic review. On June 28, 2012, this Court entered an Order administratively closing this case pending receipt of a final stipulation of dismissal within sixty (60) calendar days from the date of the Order (Dkt. 28). As of the date of this order, the parties have not filed a stipulation, nor have they requested an extension to do so. Accordingly, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 6th day of June, 2013.

                                                            MARY S. SCRIVEN
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party